# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00327-CV

**In re Chase Carmen Hunter**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus.  *See* Tex. R. App. P. 52.  We deny the petition for writ of mandamus.  *See id.* R. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed:   June 5, 2015